Ann Dunn, as Administratrix, etc., Respondent, v. Eppinger & Russell Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John H. Hilliker, Respondent, v. Emily Rueger and Frieda Rueger, Individually and as Surviving Executrices, etc., and Others, Appellants. — Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of B. Irving Downs, to Lay Out a Highway in the Town of Southampton, etc.— Motion granted, with ten dollars costs, and order signed. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 8,325, Issued to Charles J. Volckening.— Motion granted. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of William Greenwood, an Attorney.— Motion granted. Present—Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of Edward R. W. Karutz, an Attorney.— Respondent suspended from practice for a term of three months from April 1, 1915. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

In the Matter of the Application and Petition of J. Edward Simmons and Others, etc. Hill View Reservoir, Section No. 1, Plots A and B.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

John Clarke Estate, Appellant, v. The City of New York, Respondent.— Motion to resettle order denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Annie Aletta Elwell Moffett, as Executrix, etc., Appellant, v. Harris G. Eames, as Trustee, etc., and Others, Defendants, and Another, Respondent.— Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Annie Aletta Elwell Moffett, as Executrix, etc., Appellant, v. Gottfried Piel, as Executor, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Frank Xavier, Appellant.— Motion dismissed, as made without lawful authority. Matter referred to the district attorney of Westchester county. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Cilo Cepriano, Appellant.— Motion to dismiss appeal denied, without prejudice to a